UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim No: 1:21-cr-00177-JAW |
| | ) |
| SEAN BOURGEOIS | ) |

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Possession with Intent to Distribute Controlled Substances)

On about May 22, 2021, in the District of Maine, the defendant,

### SEAN BOURGEOIS

knowingly and intentionally possessed with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-n-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), 5 grams or more of methamphetamine, and a mixture or substance containing a detectable amount of cocaine base, all being Schedule II controlled substances, and did aid and abet such conduct, all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B) apply to the conduct described herein.

### COUNT TWO
(Possession with Intent to Distribute Controlled Substances)

On about July 6, 2021, in the District of Maine, the defendant,

### SEAN BOURGEOIS

knowingly and intentionally possessed with the intent to distribute, 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-n-[1-(2-phenylethyl)-4-

piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, and did aid and abet such conduct, all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that the penalty provisions of Title 21, United States Code, Section 841(b)(1)(B)(vi) apply to the conduct described herein.

Dated November 9, 2021 at Bangor.

_____
Joel B. Casey
ASSISTANT UNITED STATES ATTORNEY

A TRUE BILL
Signature Redacted. Original on File at Clerk's Office
_____
FOREPERSON