**Synopsis**

1:21-cr-00177-JAW

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2021 NOV -9 P 1:29

DEPUTY CLERK

| | |
|---|---|
| **Name:** | Sean Bourgeois |
| **Address:** (City & State Only) | Winslow, Maine |
| **Year of Birth and Age:** | 1989/31 |
| **Violations:** | **Count 1:** Possession with Intent to Distribute 40 grams or more of Fentanyl, 5 grams or more of Methamphetamine, and a quantity of Cocaine Base. See 21 U.S.C. §841(a)(1). Class B felony.<br><br>**Count 2:** Possession with Intent to Distribute 40 grams or more of Fentanyl. See 21 U.S.C. §841(a)(1). Class B felony. |
| **Penalties:** | **Counts 1 and 2:** At least five years and up to 40 years imprisonment, a fine of $5,000,000, or both. See 21 U.S.C. §841(b)(1)(B). |
| **Supervised Release:** | **Counts 1 and 2:** At least four years and up to life. See 21 U.S.C. §841(b)(1)(B). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1 and 2:** Not more than three years. See 18 U.S.C. §3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1 and 2:** At least four years, less any term of imprisonment. See 18 U.S.C. §3583(h). |
| **Defendant's Attorney:** | Jamie Nixon, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | DEA/Jon Richards |
| **Detention Status:** | Detained on state charges; writ to issue for detainer |
| **Foreign National:** | N/A |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Kennebec |
| **AUSA:** | Raphaelle A. Silver |

| **Guidelines apply?   Y/N** | Yes |
|---|---|
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution? Y/N** | N/A |
| **Assessments:** | $100.00 |