AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

United States of America
v.
Sean Bourgeois

Case No. 1:21-cr-00177-JAW

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Sean Bourgeois, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Counts One and Two- Possession with Intent to Distribute Controlled Substances, 21:841(a)(1) and 18:2.

Date: 11/09/2021

City and state: Portland, ME

Lindsey Tully, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 11/09/2021, and the person was arrested on *(date)* 11/22/2021 at *(city and state)* Augusta, Maine.

Date: 11/22/2021

on behalf of DEA
*Arresting officer's signature*

Dana Staples, Deputy US Marshal 4753
*Printed name and title*